UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHONG-WON TAI,

Petitioner,

v.

T.C. PETERSON, Warden, and
THE UNITED STATES OF AMERICA,

Respondents.

Civil No. 00-892 (RHK/JMM)

ORDER

On April 10, 2000, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he is being confined at the Federal Correctional Institution, Sandstone, Minnesota, in violation of federal law and the Constitution.

The Respondents are directed to make a return in writing on or before May 12, 2000, showing the true cause of Petitioner's continuing confinement, and explaining why the writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2) A reasoned memorandum of law and fact fully stating Respondents' legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of statutory requirements and other pertinent authority;

FILED APR 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

Respondents' return should specifically address Petitioner's assertion that the federal district court can entertain his current application for habeas corpus relief under 28 U.S.C. § 2241 because the remedy provided by 28 U.S.C. § 2255 is inadequate or ineffective under the circumstances of this case.

The Court will entertain a motion to grant the relief requested in the petition if a written return is not filed by May 12, 2000, as required by this order.

IT IS FURTHER ORDERED THAT Petitioner's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 5), by which Petitioner seeks leave to proceed in forma pauperis, is GRANTED.

Dated: April 14, 2000

JOHN M. MASON
United States Magistrate Judge