# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chong-Won Tai

Case No. Civil 00-892RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

T.C. Peterson, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections to the Report and Recommendation are **OVERRULED**; the Report and Recommendation is **ADOPTED**; and the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

DATE: December 20, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk